(Court of Criminal Appeals of Texas. April 19, 1916.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Harvey Ellison was indicted for murder, and sued out a writ of habeas corpus. From an adverse judgment, he appeals. Affirmed.

Woods, King & John, of Houston, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Relator was indicted by the grand jury, charged with the murder of Henry Winkleman. He sued out a writ of habeas corpus before Hon. C. W. Robinson, judge of the criminal district court of Harris county.

It is not proper for us to discuss the evidence, or any phase thereof, on this application, but merely to pass on the question of whether or not the court erred in refusing to grant relator bail on the evidence adduced on this hearing. After a careful review of the testimony we cannot say the court erred in his ruling.

The judgment is affirmed.

---

SEITZ v. STATE. (No. 4041.)

(Court of Criminal Appeals of Texas. April 12, 1916.)

Appeal from District Court, Tom Green County; J. W. Timmins, Judge.

Otto Seitz was convicted of forgery, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction for passing a forged instrument, with the lowest penalty assessed, and without a statement of facts or a bill of exceptions. There is no question raised which we can review.

The judgment is therefore affirmed.

---

Ex parte VANSICKLE. (No. 4048.)

(Court of Criminal Appeals of Texas. April 12, 1916.)

Appeal from District Court, Potter County; Hugh L. Umphres, Judge.

Lee Vansickle, under a writ of habeas corpus, was refused bail, and he appeals. Affirmed.

Veale & Lumpkin and A. M. Mood, all of Amarillo, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant, under a writ of habeas corpus trial proceeding, was refused bail. Without discussing the facts, and following the practice of this court in opinion writing on this character of case, the reasons are not given why we have reached the conclusion that the judgment should be affirmed.

The judgment, therefore, is ordered to be affirmed.

---

GONZALES et al. v. STATE. (No. 4069.)

(Court of Criminal Appeals of Texas. May 10, 1916.)

Appeal from District Court, Hays County; Frank S. Roberts, Judge.

Antonio Gonzales and Enrique Caballero were convicted of hog theft, and they appeal. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of theft of hogs, his punishment being assessed at confinement in the penitentiary for two years.

The record is before us without a statement of facts or bill of exceptions. The trial seems to have been had, so far as the record before us is concerned, in accordance with the law.

The judgment will therefore be affirmed.